18426. ROGERS *v.* THE STATE.

BROYLES, C. J. The motion for a new trial contained the usual general grounds only; the verdict was amply authorized by the evidence, and the refusal to grant a new trial ·was not error.

*Judgment affirmed. Luke and Bloodworth,* JJ., *concur.*

DECIDED NOVEMBER 16, 1927.

Arson; from Hall superior court—Judge I. H. Sutton. July 21, 1927.

*W. N. Oliver,* for plaintiff in error.

*Robert McMillan, solicitor-general,* contra.

Arson, 5 C. J. p. 580, n. 16.
Criminal Law, 16 C. J. p. 1217, n. 45; p. 1218, n. 46, 47.

---

18428. WELCH *v.* THE STATE.

BLOODWORTH, J. 1. The court did not err in refusing to charge the jury as requested by counsel for the defendant. The request was not in writing and was not adjusted to the facts, nor did it contain a correct proposition of law.

2. There is some evidence to support the verdict; .and "whenever there is any evidence, however slight, to support a verdict which has been approved by the trial judge, this court is absolutely without authority to control the judgment of the trial court." *Bradham* v. *State,* 21 *Ga. App.* 510 (94 S. E. 618).

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED NOVEMBER 16, 1927.

Carrying pistol unlawfully; from city court of Newnan—Judge Stallings. August 8, 1927.

*S. H. Dyer,* for plaintiff in error.

*Stanford Arnold, solicitor,* contra.

Criminal Law, 16 C. J. p. 1045, n. 39; p. 1061, n. 61; p. 1066, n. 89; 17 C. J. p. 256, n. 62; p. 271, n. 41.
Weapons, 40 Cyc. p. 861, n. 82.